UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08-CR-0081 DPJ JCS

BRIA DANIELLE MORRIS and
JAYNITA COLEMAN

### ORDER OF DISMISSAL OF REMAINING COUNTS
### AS TO DEFENDANT JAYNITA COLEMAN MORRIS WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 5, 7and 11 of the Indictment against defendant JAYNITA COLEMAN without prejudice.

Respectfully submitted,

DONALD R. BURKHALTER
United States Attorney

/s/Dave Fulcher
By: DAVE FULCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 5, 7and 11 as to defendant JAYNITA COLEMAN without prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of December, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE